UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ULTIMED, INC.,**

    **Plaintiff,**

v.                                            **CASE NO:  8:08-MC-67-T-30EAJ**

**BECTON, DICKINSON AND COMPANY,**
**et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Petitioner PUBLIX SUPER MARKETS, INC.'s Notice of Withdrawal of Motion to Quash Subpoena (Dkt. #8). A review of the file indicates there are no pending matters for consideration before the Court. In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 23, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2008\08-mc-67.dismissal.wpd*